Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
demareel@ballardspahr.com

*Attorney for Defendant*
*JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN D. ETZIG,<br><br>  Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>  Defendant. | CASE NO. 2:21-cv-00180<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant JPMorgan Chase Bank, N.A.'s ("Chase") response to Plaintiff Jordan D. Etzig's complaint currently is due March 1, 2021.  Chase has requested, and Plaintiff has agreed, that Chase has up to and including March 8, 2021 to respond to Plaintiff's complaint, to provide time for Chase to investigate Plaintiff's allegations.

*[Continued on following page.]*

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: February 24, 2021

| BALLARD SPAHR LLP | MITCHELL D. GLINER, ESQ. |
|---|---|
| By: /s/ Lindsay Demaree<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Mitchell D. Gliner<br>Mitchell D. Gliner<br>Nevada Bar No. 3419<br>3017 W. Charleston Blvd., #95<br>Las Vegas, NV 89102 |
| *Attorney for Defendant*<br>*JPMorgan Chase Bank, N.A.* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 24, 2021