1  Lindsay Demaree
   Nevada Bar No. 11949
2  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
3  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
4  Facsimile:  702.471.7070
   demareel@ballardspahr.com
5
   STROOCK & STROOCK & LAVAN LLP
6  Arjun P. Rao (admitted pro hac vice)
   Alisa Taormina (admitted pro hac vice)
7  2029 Century Park East, 18th Floor
   Los Angeles, CA 90067
8  Telephone:  310.556.5800
   Facsimile:  310.556.5959
9  Email: arao@stroock.com
   Email: ataormina@stroock.com
10
   *Attorney for Defendant*
11 *JPMorgan Chase Bank, N.A.*

12                    UNITED STATES DISTRICT COURT
13                         DISTRICT OF NEVADA

14 | JORDAN D. ETZIG,                      | CASE NO. 2:21-cv-00180
15 |                                       |
   |        Plaintiff,                     | STIPULATION AND ORDER TO
16 |                                       | EXTEND TIME FOR JPMORGAN
   | v.                                    | CHASE BANK, N.A. TO RESPOND TO
17 |                                       | PLAINTIFF'S MOTION FOR
   | JPMORGAN CHASE BANK, NATIONAL         | SETTLEMENT CONFERENCE
18 | ASSOCIATION,                          |
19 |        Defendant.                     | **(First Request)**
20

21         Defendant JPMorgan Chase Bank, N.A.'s ("Chase") response to Plaintiff
22 Jordan D. Etzig's Motion for Settlement Conference (ECF No. 18) (the "Motion")
23 currently is due April 12, 2021.  Chase has requested, and Plaintiff has agreed, that
24 Chase has up to and including April 19, 2021 to respond to Plaintiff's Motion, to
25 provide time for Chase to consider Plaintiff's arguments and prepare its response.
26
27                         *[Continued on following page.]*
28

DMWEST #41007718 v1
LA 52569991

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated:  April 9, 2021

| BALLARD SPAHR LLP | MITCHELL D. GLINER, ESQ. |
|---|---|
| By: /s/ Lindsay Demaree<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Mitchell D. Gliner<br>Mitchell D. Gliner<br>Nevada Bar No. 3419<br>3017 W. Charleston Blvd., #95<br>Las Vegas, NV 89102 |
| *Attorney for Defendant*<br>*JPMorgan Chase Bank, N.A.* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  April 9, 2021