MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700 / (702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN D. ETZIG )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JP MORGAN CHASE BANK, )<br>NATIONAL ASSOCIATION )<br>)<br>Defendant. )<br>_____ ) | No. 2:21-cv-00180-RFB-EJY |

**STIPULATION TO EXTEND TIME TO RESPOND**

**TO DEFENDANT'S MOTION TO DISMISS TO MAY 7, 2021**

**[FIRST REQUEST]**

This stipulation is brought pursuant to Local Rules IA 6-1 and 6-2.  This action was filed February 2, 2021.  On April 5, 2021 Defendant filed its pending Motion to Dismiss [#19].  This is the first Stipulation for an extension of time to respond to Defendant's pending Motion to Dismiss.  Response is due May 15, 2021.

///

///

///

///

///

Plaintiff does not foresee the need for any additional extensions.

DATED: April 13, 2021

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | BALLARD SPAHR, LLP |
| */s/ Mitchell Gliner, Esq.* | */s/ Lindsay DeMaree, Esq.* |
| MITCHELL D. GLINER, ESQ. | LINDSAY C. DEMAREE, ESQ. |
| Nevada Bar #003419 | Nevada Bar #011949 |
| 3017 W. Charleston Blvd. #95 | 1980 Festival Plaza Drive, Suite 900 |
| Las Vegas, Nevada 89102 | Las Vegas, NV 89135-2958 |
| Attorney for Plaintiff | |

STROOCK & STROOCK & LAVAN LLP
Arjun P. Rao (*admitted pro hac vice*)
Alisa Taormina (*admitted pro hac vice*)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067
Attorneys for defendant JPMorgan Chase Bank, N.A.

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
**United States District Court**

DATED this 14th day of April, 2021.