UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JORDAN D. ETZIG,<br><br>    Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>    Defendants. | Case No. 2:21-cv-00180-RFB-EJY<br><br>**ORDER** |

Pending before the Court is the Stipulation to Stay Discovery (ECF No. 32). Although this is the second attempt to obtain a stay, the parties continue to offer no justification for their request other than a pending Motion to Dismiss. As previously stated by the Court, a pending Motion to Dismiss is insufficient, in and of itself, to stay discovery. However, based on a review of the Motion to Dismiss, the Court finds a reasonable basis to conclude that a partial stay of discovery shall be granted.

Accordingly, IT IS HEREBY ORDERED that the Stipulation to Stay Discovery (ECF No. 32) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the parties **shall** exchange initial disclosures within fourteen (14) days of the date of this Order.

IT IS FURTHER ORDERED that all the parties **shall** commence written discovery such as interrogatories, requests for production of documents, and requests for admissions, and complete such discovery, to the best of their ability, by or before October 5, 2021.

IT IS FURTHER ORDERED that all other forms of discovery are stayed through and including October 5, 2021.

IT IS FURTHER ORDERED that no later than October 12, 2021, the parties **shall** submit a status report identifying what discovery was completed and what discovery remains to be done. The status report **shall** explain why, if at all, additional discovery should be stayed

providing a thoughtful and legally supported basis for their request. The Court will review content of the report and issue an order regarding a timeline for concluding discovery, if any, taking into account the information presented by the parties.

IT IS FURTHER ORDERED that if the pending Motion to Dismiss is decided before October 12, 2021, and this case is not dismissed in its entirety, the parties shall submit a discovery plan and scheduling order to the Court within ten (10) days of the date the order on the Motion to Dismiss is issued.

Dated this 30th day of April, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE