MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700 / (702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JORDAN D. ETZIG

    Plaintiff,

vs.

JP MORGAN CHASE BANK,
NATIONAL ASSOCIATION

    Defendant.

No. 2:21-cv-00180-RFB-EJY

**STIPULATION TO EXTEND TIME TO RESPOND**

**TO DEFENDANT'S MOTION TO DISMISS TO MAY 21, 2021**

**[SECOND REQUEST]**

This stipulation is brought pursuant to Local Rules IA 6-1 and 6-2. This action was filed February 2, 2021. On April 5, 2021 Defendant filed its pending Motion to Dismiss [#19]. Plaintiff's prior extension was granted through May 15, 2021 [#24]. This is the second Stipulation for an extension of time to respond to Defendant's pending Motion to Dismiss. The parties stipulate to a Response date of Friday, May 21, 2021.

///

///

///

///

Plaintiff does not intend requesting a further extension.

DATED: May 14, 2021

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | BALLARD SPAHR, LLP |
| /s/ Mitchell Gliner, Esq. | /s/ Joel Tasca, Esq. |
| MITCHELL D. GLINER, ESQ. | JOEL E. TASCA, ESQ. |
| Nevada Bar #003419 | Nevada Bar #014124 |
| 3017 W. Charleston Blvd. #95 | 1980 Festival Plaza Drive, Suite 900 |
| Las Vegas, Nevada 89102 | Las Vegas, NV 89135-2958 |
| Attorney for Plaintiff | |

STROOCK & STROOCK & LAVAN LLP
Arjun P. Rao (*admitted pro hac vice*)
Alisa Taormina (*admitted pro hac vice*)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067
Attorneys for defendant JPMorgan Chase Bank, N.A.

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 18th day of May, 2021.

Page 2