| | |
|---|---|
| 1 | Joel Edward Tasca |
| | Nevada Bar No. 014124 |
| 2 | BALLARD SPAHR LLP |
| | 1980 Festival Plaza Drive, Suite 900 |
| 3 | Las Vegas, Nevada 89135 |
| | Telephone: 702.471.7000 |
| 4 | Facsimile: 702.471.7070 |
| | demareel@ballardspahr.com |

Joel Edward Tasca
Nevada Bar No. 014124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
demareel@ballardspahr.com

STROOCK & STROOCK & LAVAN LLP
Arjun P. Rao (admitted pro hac vice)
Alisa Taormina (admitted pro hac vice)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: 310.556.5800
Facsimile: 310.556.5959
Email: arao@stroock.com
Email: ataormina@stroock.com

*Attorney for Defendant*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN D. ETZIG,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>    Defendant. | CASE NO. 2:21-cv-00180<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, N.A. TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>(First Request) |

Defendant JPMorgan Chase Bank, N.A.'s ("Chase") reply in support of its Motion to Dismiss (ECF No. 19) (the "Reply") currently is due May 28, 2021. Chase has requested, and Plaintiff has agreed, that Chase has up to and including June 11, 2021 to file its Reply, to provide time for Chase to consider Plaintiff's arguments and prepare its response.

*[Continued on following page.]*

LA 52582731

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: May 25, 2021

| BALLARD SPAHR LLP | MITCHELL D. GLINER, ESQ. |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel Edward Tasca<br>Nevada Bar No. 014124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Mitchell D. Gliner<br>Mitchell D. Gliner<br>Nevada Bar No. 3419<br>3017 W. Charleston Blvd., #95<br>Las Vegas, NV 89102 |
| *Attorney for Defendant*<br>*JPMorgan Chase Bank, N.A.* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 28th day of May, 2021.