Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700/ (702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN D. ETZIG<br><br>    Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK,<br>NATIONAL ASSOCIATION<br><br>    Defendant | Case No. 2:21-cv-00180-RFB-EJY<br><br><br>STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | BALLARD SPAHR, LLP |
| /s/ Mitchell Gliner, Esq. | /s/ Joel Tasca, Esq. |
| MITCHELL D. GLINER, ESQ. | JOEL E. TASCA, ESQ. |
| Nevada Bar #003419 | Nevada Bar #014124 |
| 3017 W. Charleston Blvd. #95 | 1980 Festival Plaza Drive, Suite 900 |
| Las Vegas, Nevada 89102 | Las Vegas, NV 89135-2958 |
| Attorney for Plaintiff | |
| | STROOCK & STROOCK & LAVAN LLP |
| | Arjun P. Rao (*admitted pro hac vice*) |
| | Alisa Taormina (*admitted pro hac vice*) |
| | 2029 Century Park East, 18th Floor |
| | Los Angeles, CA 90067 |
| | Attorneys for defendant JPMorgan Chase Bank, N.A. |

IT IS SO ORDERED this <u>13th</u> day of <u>October</u>, 2021.



RICHARD F. BOULWARE, II
United States District Court